## THOMAS v. THE STATE.

(Decided January 30, 1917.)

APPEAL from Bullock Circuit Court.
Heard before Hon. J. S. WILLIAMS.
No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.
Per curiam. Appeal dismissed on motion of Attorney General.

## THOMPKINS v. THE STATE.

(Decided January 18, 1917.)

APPEAL from Crenshaw Circuit Court.
Heard before Hon. A. E. GAMBLE.
No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.
Per curiam. Appeal dismissed on motion of Attorney General.

## WHEELER v. STEADING, ET AL.

(Decided November 28, 1916.)

APPEAL from Jefferson Circuit Court.
Heard before Hon. E. C. CROW.
R. J. WHEELER and W. J. WHITAKER, for appellant. JAS. L. COLE, for appellee.
Per curiam. Appeal dismissed.

## WILLIAMS v. CITY OF TUSCALOOSA.

(Decided November 28, 1916.)

APPEAL from Tuscaloosa City Court.
Heard before Hon. H. B. FOSTER.
No counsel marked for appellant. BROWN & WARD, for appellee.
Per curiam. Appeal dismissed for want of prosecution.